IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-10270
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GEORGE ADDISON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CR-150-1-A
--------------------
February 20, 2003
Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent George
Addison has moved for leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Addison
has filed a response to counsel's motion in which he argues that
the district court erred by failing to reduce his offense level
by three points for acceptance of responsibility and by adjusting
his offense level upwards pursuant to U.S.S.G. § 2K2.1(b)(4).
Our independent review of counsel's brief, the record, and

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Addison's response discloses no nonfrivolous issue for appeal.
Counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities, and the appeal is
DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

<u>ANDERS</u> MOTION GRANTED; APPEAL DISMISSED.